No. 01–8089. EARLY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–8096. MCFORD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8097. NELSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8100. MALDENALDO SANCHEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8101. REGALADO-RAMIREZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–8104. SANDATE-LOZANO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8108. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8109. THOMAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8117. JAUREQUI-RUBALCABA, AKA PEREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–8118. JIMENEZ-VILLAREAL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8123. CISNEROS-GARZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8127. BAILEY v. UNITED STATES; and BROWN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8128. ARBELAEZ-AGUDELO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–8129. BARNETT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8130. ARGUETA-VENTURA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.